IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GARY GENE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1179-MHT |
| | ) | (WO) |
| CITIMORTGAGE, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of this court that plaintiff's oral motion to dismiss, made on the record on January 26, 2015, is granted, and that this cause is dismissed in its entirety without prejudice and with costs taxed as paid.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of January, 2015.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE